UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD A. SMITH, | ) |
|                 Plaintiff, | ) |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner Social Security Administration, | ) CAUSE NO. 1:05-CV–1535-SEB-VSS |
|                 Defendant. | ) |

## **ORDER**

This matter is before the Defendant's Motion to Remand, and the Court being duly advised, now grants the motion.

It is hereby ORDERED that pursuant to sentence 6 of section 205(g) of the Social Security Act, 42 U.S.C. 405(g), this action is remanded to the Commissioner, Social Security Administration for appropriate further action.

Dated: 01/13/2006

                                                              SARAH EVANS BARKER, JUDGE
                                                              United States District Court
                                                               Southern District of Indiana

Copies to:

Thomas E. Kieper
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Charles D. Hankey
Lockerbie Square
434 E. New York Street
Indianapolis, IN 46202